UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-23875-CMA

GEONTE SMITH,

    Plaintiff,

v.

IC SYSTEM INC,

    Defendant.
_____/

**JOINT PROPOSED ORDER SETTING**
**PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD**

| Date | Event |
|---|---|
| December 17, 2021 | Joinder of parties and claims, and amendment of pleadings. |
| July 1, 2022 | Deadline to complete all discovery. |
| July 8, 2022 | Mediation must be completed. |
| July 15, 2022 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| August 26, 2022 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| September 2, 2022 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| September 9, 2022 | Final pretrial conference |
| September 12, 2022 | Commencement of two-week trial period. |

DONE AND ORDERED on _____, 2021.

                                                                                                     _____
                                                                                                   CECILIA M ALTONAGA
                                                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:

    All Counsel of Record