**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-23875-CIV-ALTONAGA/Torres**

**GEONTE SMITH**,

    Plaintiff,
vs.

**I.C. SYSTEM, INC.**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On December 7, 2021, the parties filed a Joint Notice of Scheduling Mediation [ECF No. 17]. The Court entered an Order Setting Trial and Pretrial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 15] ("Scheduling Order") on November 17, 2021. That Scheduling Order requires the parties to submit a proposed order scheduling mediation in accordance with the CM/ECF Administrative Procedures available on the Court's website.[1] (*See id.* 1).

Under the CM/ECF Administrative Procedures, proposed orders shall be filed initially as an attachment to a motion, notice, or other filing; the final version of the proposed document must be e-mailed to altonaga@flsd.uscourts.gov in Word format. To date, the parties have not e-mailed a proposed order to the Court or attached a proposed order to the parties' Joint Notice, as required by the CM/ECF Administrative Procedures.

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

CASE NO. 21-23875-CIV-ALTONAGA/Torres

Accordingly, it is

**ORDERED** that on or before **December 9, 2021**, the parties shall submit a proposed order scheduling mediation in accordance with the CM/ECF Procedures.

**DONE AND ORDERED** in Miami, Florida, this 8th day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record